# Court of Appeals
# of the State of Georgia

ATLANTA,___June 24, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1845.  RICKY JOSEPH JOHNSON v. THE STATE.**

A jury found Ricky Joseph Johnson guilty of burglary and other offenses. After Johnson's trial attorney withdrew from representation, Johnson filed a pro se motion in arrest of judgment.  The trial court subsequently appointed new counsel. On February 10, 2014, the trial court denied Johnson's motion in arrest of judgment, and Johnson filed a pro se notice of appeal.

A criminal defendant does not have the right to represent himself while also being represented by an attorney.  See *Pless v. State*, 255 Ga. App. 95 (564 SE2d 508) (2002).  Because Johnson is currently represented by counsel, his pro se notice of appeal is a nullity. See id. For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.

As Johnson is both represented by counsel and has not been afforded a direct appeal, he is hereby informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995).  This appeal has been dismissed because of your counsel's failure to file a notice of appeal.  If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court enters an order granting your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing your conviction.  If the trial court enters an order denying your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Johnson as well as to Johnson's attorney, who is also directed to send a copy to Johnson.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 06/24/2014
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*